UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/18/2024

JAHMELIA PETERS A/K/A "JAY" PETERS,

           Plaintiff,

-against-

STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, SIMON SBUX FRANCHISE, LLC, SBUX MANAGEMENT ASOCIATES, LLC,

           Defendants.

23-CV-10229 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Defendants Simon Sbux Franchise, LLC and Sbux Management Associates, LLC have filed a Verified Answer, dated January 8, 2024 (ECF No. 6), to Jahmelia Peters a/k/a "Jay" Peters's ("Plaintiff") Amended Complaint, dated October 12, 2023 (ECF No. 1, Exhibit B). Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by February 9, 2024. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to schedule a conference.

    The parties are further directed to submit a stipulation of discontinuance or dismissal as to Defendant Starbucks Corporation d/b/a Starbucks Coffee Company by February 9, 2024.

                                                      SO ORDERED.

Dated: January 18, 2024
       White Plains, New York

                                                   Nelson S. Román, U.S.D.J.