UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PETERS,

                          Plaintiff(s),                **ADJOURNMENT ORDER**

   - against -

                                                                     23 Civ. 10229 (NSR)

SIMON SBUX FRANCHISE, LLC, et al.,

                          Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

     The above case previously scheduled for a telephonic Status Conference on September 26, 2024 before the United States District Judge Nelson S. Román, **is hereby adjourned** *sine die* pending this Court's resolution of Defendants' motion to compel arbitration and stay this case.

                                                                       SO ORDERED.

Dated: White Plains, New York
         September 24, 2024

                                                            Nelson S. Román, U.S.D.J.

