```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JAHMELIA PETERS,

                        Plaintiff,

           - against -

SIMON SBUX FRANCHISE, LLC, ET AL.

                       Defendants.

-------------------------------------------------------------X

**ORDER**

23 Civ. 10229 (NSR)(JCM)

Román, D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court. Defendants' Motion to Compel Arbitration and Stay This Action is DENIED without prejudice as moot. Clerk of Court is requested to terminate the motion at ECF NO. 30. SO ORDERED.

Dated:    White Plains, New York
            March 14, 2025

                                                                  Nelson S. Román, U.S.D.J.